467 A.2d 40

Commonwealth v. Baker, Appellant.
Petition for Allowance of Appeal
Denied Feb. 27, 1984.

Submitted October 27, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele M. Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and POPOVICH, JJ.

Judgment of sentence affirmed.

POPOVICH, J., concurred in the result.

467 A.2d 40

Commonwealth v. Branham, Appellant.

Submitted June 2, 1983. Abraham Leizerowski, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and BECK, JJ.

Order affirmed.